**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricky Guy LEATHERWOOD, a.k.a.**
**Slick Rick, Defendant–**
**Appellant.**

No. 08–16253

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 17, 2009.

Thomas Ray Wolsoncroft, Pelham, AL, for Defendant–Appellant.

Before EDMONDSON, WILSON and FAY, Circuit Judges.

PER CURIAM:

Thomas R. Wolsoncroft, appointed counsel for Ricky Guy Leatherwood, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the Leatherwood's convictions and sentences are **AFFIRMED.**